

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00681-CR

Gilbert **GUERRERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12396
Honorable Joey Contreras, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 14, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice